| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____ Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Senoia Drug Co Inc** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  *Include any assumed names, trade names and doing business as names* | **DBA  Grantville Pharmacy**  **DBA  Hazelton Pharmacy** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3660323** | |
| 4. | Debtor's address | **Principal place of business**  **7285 Hwy 16 East, Suite A**  **Senoia, GA 30276**  Number, Street, City, State & ZIP Code  **Coweta**  County | **Mailing address, if different from principal place of business**  **PO Box 280**  **Senoia, GA 30276**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Senoia Drug Co Inc**_____    Case number (*if known*)_____
         Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor **Senoia Drug Co Inc** _____ Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor  **Senoia Drug Co Inc**_____  Case number (*if known*)_____
         Name

| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Senoia Drug Co Inc**                                            Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 21, 2025**
               MM / DD / YYYY

X **/s/ J. Bryan Hazelton**                                   **J. Bryan Hazelton**
Signature of authorized representative of debtor              Printed name

Title  **CEO**

**18. Signature of attorney**

X **/s/ Bethany Strain**                                      Date  **July 21, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**Bethany Strain**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**    Email address  **bstrain@joneswalden.com**

**266129 GA**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Senoia Drug Co Inc** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** | |
| Case number (if known): | | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** PO Box 60189 City of Industry, CA 91716 | | **Credit card** | | | | $51,275.48 |
| **American Express Blue** P.O. Box 981535 El Paso, TX 79998 | | **Credit card** | | | | $9,846.56 |
| **American Express Blue** P.O. Box 981535 El Paso, TX 79998 | | **Credit card** | | | | $4,777.81 |
| **BayFirst National Bank** 700 Central Ave Mail Code 206 Saint Petersburg, FL 33701 | | | | | | $139,798.64 |
| **Capital On Tap** 33 Irving Place Suite 3009 New York, NY 10003 | | **Credit card** | | | | $25,352.68 |
| **Capital One Spark** PO Box 71087 Charlotte, NC 28272 | | **Credit card** | | | | $7,282.66 |
| **Celtic Bank Corporation** c/o Reese Howell Jr., CEO 268 S State Street, Suite 300 Salt Lake City, UT 84111 | | **MCA** | | | | $4,839.93 |
| **Chad Daniel** 14329 Coral Reef South Jacksonville, FL 32224 | | **Promissory Note** | | | | $42,426.04 |

Official form 204               Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims               page 1

Debtor **Senoia Drug Co Inc**　　　　Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Chase Cardmember Service** PO Box 1423 Charlotte, NC 28201 | | Credit card | | | | $75,037.80 |
| **Citi Card** PO Box 790046 Saint Louis, MO 63179 | | Credit card | | | | $24,425.90 |
| **Greyhaven Partners aka NewCo Capital Group Inc** 90 Broad St, Suite 903 New York, NY 10004 | | MCA | | | | $97,000.00 |
| **J. Bryan & Jennifer Hazelton** 170 Evans Way Fayetteville, GA 30215 | | Promissory Note | | | | $35,000.00 |
| **Lauren A. Costick** 852 Richmond Circle Peachtree City, GA 30269 | | Promissory Note | | | | $127,278.12 |
| **ODK Capital, LLC dba OnDeck** 4700 W Daybreak Pkwy, Ste 200 South Jordan, UT 84009 | | MCA | | | | $29,985.51 |
| **Small Business Fin. Solutions dba Rapid Finance** 4500 East West Hwy, 6th Floor Bethesda, MD 20814 | | MCA | | | | $56,144.72 |
| **SouthPointe Wholesale Inc** 321 Matthews Mill Rd Glasgow, KY 42141 | | | | | | $6,049.33 |
| **Synovus Card Services** PO Box 96400 Charlotte, NC 28296 | | Credit card | | | | $28,530.23 |
| **WebBank** c/o Quickbooks Capital PO Box 842978 Dallas, TX 75284 | | | | | | $23,772.62 |

Debtor **Senoia Drug Co Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WebBank c/o Quickbooks Capital PO Box 842978 Dallas, TX 75284** | | | | | | **$5,683.98** |
| **WebBank c/o Quickbooks Capital PO Box 842978 Dallas, TX 75284** | | | | | | **$31,289.54** |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 3

```
American Express
PO Box 60189
City of Industry, CA 91716


American Express
c/o Stephen Squeri, CEO
115 W Towne Ridge Pkwy
Sandy, UT 84070


American Express Amazon
PO Box 60189
City of Industry, CA 91716


American Express Blue
P.O. Box 981535
El Paso, TX 79998


AmerisourceBergen Drug Corp.
1300 Morris Drive
Chesterbrook, PA 19087


AmerisourceBergen Drug Corp.
10910 Lee Vista Blvd
Suite 401
Orlando, FL 32829


Bank of America
PO Box 17237
Wilmington, DE 19886


BayFirst National Bank
700 Central Ave
Mail Code 206
Saint Petersburg, FL 33701


Bluevine Capital Inc.
401 Warren St
Suite 300
Redwood City, CA 94063
```

```
C T Corporation System, as rep
330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203


Capital On Tap
33 Irving Place
Suite 3009
New York, NY 10003


Capital on Tap (WebBank)
PO Box 757
Portsmouth, NH 03802


Capital One Spark
PO Box 71087
Charlotte, NC 28272


Capital One, NA
c/o Richard Fairbank, CEO
1680 Capital One Dr
Mc Lean, VA 22102


Celtic Bank Corporation
c/o Reese Howell Jr., CEO
268 S State Street, Suite 300
Salt Lake City, UT 84111


Chad Daniel
14329 Coral Reef South
Jacksonville, FL 32224


Chase Cardmember Service
PO Box 1423
Charlotte, NC 28201
```

Chris Carr, Attorney Genr'l GA
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334


CHTD Company, as rep.
P.O. Box 2576
Springfield, IL 62708


Citi Card
PO Box 790046
Saint Louis, MO 63179


Citibank National Association
Attn: Sunil Garg, CEO
5800 S Corporate Pl
Sioux Falls, SD 57108


Corporation Service Company
as Representative
P.O. Box 2576
Springfield, IL 62708


Coweta Co. Tax Commissioner
87 Newnan Station Drive
Suite 100
Newnan, GA 30265


Five Star Bank
3100 Zinfandel Drive
Suite 100
Rancho Cordova, CA 95670


Five Star Bank
PO Box 779000
Rocklin, CA 95677

```
Georgia Department of Labor
148 Andew Young Internat'l Blv
Suite 900
Atlanta, GA 30303



Georgia Department of Revenue
Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345



Greyhaven Partners
aka NewCo Capital Group Inc
90 Broad St, Suite 903
New York, NY 10004



Hobgood & Bass LLC
100 Galleria Pkwy
Suite 1020
Atlanta, GA 30339



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



J. Bryan & Jennifer Hazelton
170 Evans Way
Fayetteville, GA 30215



J. Bryan Hazelton
170 Evans Way
Fayetteville, GA 30215



JPMorgan Chase Bank, NA
c/o Jamie Dimon, CEO
1111 Polaris Pkwy
Columbus, OH 43240
```

Lauren A. Costick
852 Richmond Circle
Peachtree City, GA 30269


Lendistry SBLC LLC
767 S Alameda St
Suite 340
Los Angeles, CA 90021


Lindsey & Lacy, PC
Attn: Jeff Holt
200 Westpark Dr, Suite 280
Peachtree City, GA 30269


ODK Capital, LLC
dba OnDeck
4700 W Daybreak Pkwy, Ste 200
South Jordan, UT 84009


Office Of the Chief Co. IRS
1111 Constitution Ave
Washington, DC 20224


PioneerRx, LLC
P.O. Box 53407
Shreveport, LA 71135


Quickbooks Capital
Intuit Financing Inc
2700 Coast Avenue
Mountain View, CA 94043


Quickbooks Capital
2700 Coast Avenue
Mountain View, CA 94043

Robins, Eskew, Smith Jordan PC
1240 Highway 54 W
Suite 405
Fayetteville, GA 30215


Small Business Fin. Solutions
dba Rapid Finance
4500 East West Hwy, 6th Floor
Bethesda, MD 20814


SouthPointe Wholesale Inc
321 Matthews Mill Rd
Glasgow, KY 42141


Synovus Bank
Attn: Kevin Blair, CEO
33 W 14th St
Columbus, GA 31901


Synovus Card Services
PO Box 96400
Charlotte, NC 28296


Total Pharmacy Supply
7001 E Lancaster Ave
Suite 105
Fort Worth, TX 75222


Truist
PO Box 400
Wilson, NC 27894


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350

```
U.S. Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303



U.S. Small Business Admin.
2 North Street, Suite 320
Birmingham, AL 35203



WebBank
c/o Quickbooks Capital
PO Box 842978
Dallas, TX 75284
```

# United States Bankruptcy Court
## Northern District of Georgia

In re **Senoia Drug Co Inc**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Senoia Drug Co Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 21, 2025**  
Date

**/s/ Bethany Strain**  
**Bethany Strain**  
Signature of Attorney or Litigant  
Counsel for **Senoia Drug Co Inc**  
**Jones & Walden LLC**  
**699 Piedmont Avenue NE**  
**Atlanta, GA 30308**  
**404-564-9300 Fax:404-564-9301**  
**bstrain@joneswalden.com**